August 16, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD A. DUNSMORE, Appellant

NO. 14-16-00131-CV                         V.

UNIVERSITY OF TEXAS, ET AL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on January 31, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.